TRIANGLE PUBLICATIONS, INC., et al., Respondents, v. PAUL MOSS, Individually, and as Commissioner of Licenses of the City of New York, Appellant.—

No opinion. Settle orders on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of BOND AND MORTGAGE GUARANTEE COMPANY (64-72 Washington Place). CARL PACK, as Trustee, Appellant; SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK et al., Respondents.—

No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of NEW YORK TITLE AND MORTGAGE COMPANY (Series N-30). BAYARD U. LIVINGSTON, JR., as Trustee, Appellant; SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK et al., Respondents.—

No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to affirm.

JOHN F. DAILEY, JR., as Trustee of 263 West 38th Street Corporation et al., Respondents, v. HARRY GIDINSKY, Appellant, Impleaded with Others.—

No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Arbitration Between JOHN KELLYS (LONDON) LIMITED, Respondent, and PHILIP KACHURIN, Doing Business under the Name of KACHURIN DRUG CO., Appellant.—

No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

COLTER REALTY, INC., Respondent, v. MORRIS COHEN, Appellant, Impleaded with Others.—

No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of DAIRY SEALED, INC., Appellant, v. ADOLPH SPIEGEL, Respondent, and IRVING BRUH, as Assignee, Respondent.—

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SOPHIE S. HOCHREICH, Individually, and as Administratrix of the Estate of BENJAMIN STEINBERGER, Deceased, Respondent, v. ANNA MIRSKI et al., Appellants.—

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.